USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/19



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 16, 2019

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Willy Sanchez, et al.*, No. 19 Cr. 360 (KMW)

Dear Judge Wood:

Given that all the defendants in this matter have entered a change of plea or will shortly enter a change of plea, the Government respectfully requests, with the consent of all defense counsel, to adjourn *sine die* the conference currently scheduled for December 17, 2019, at 3:00 p.m. On December 11, 2019, the Court accepted the guilty plea of defendant Juan Luis Almanzar Hernandez. On December 12, 2019, the Government requested by letter motion that the Court accept the guilty plea of defendant Jairo Ramon Mena Hernandez, who pled guilty before the Magistrate Judge on December 11, 2019. On December 13, 2019, Counsel for the defendant Willy Sanchez informed the Government that defendant Willy Sanchez would like to enter a change of plea, and the parties are in the process of scheduling the change of plea hearing with the Magistrate Court. In addition, the Government requests, with the consent of defense counsel, to exclude time between December 17, 2019, and January 10, 2020, in order to grant the parties time to finalize the disposition of this matter. Please find attached a proposed order regarding the exclusion of time.

] Granted
  KMW

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  *Cecilia Vogel*
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

**SO ORDERED:** N.Y., N.Y. 12/16/19

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc: All counsel (by ECF)