UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

UNITED STATES OF AMERICA

- v. -

WILLY SANCHEZ,
a/k/a "Wendi,"

Defendant.

------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/20

ORDER

19 Cr. 360 (KMW)

WHEREAS, with the defendant Willy Sanchez's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Willy Sanchez entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Willy Sanchez's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         1-21          , 2020

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK