

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/20

March 26, 2020

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Willy Sanchez, et al.*, No. 19 Cr. 360 (KMW)

Dear Judge Wood:

    The Government writes on behalf of Mr. Kaplan, defense counsel for Willy Sanchez, to request to adjourn the sentencing currently scheduled for April 6, 2020, at 11:00 a.m. to a date in mid-June. Mr. Kaplan requests the adjournment in light of the national corona virus emergency in order to have additional time to prepare his sentencing submission on behalf of his client, gather letters, and meet with his client in advance of sentencing. Mr. Kaplan has asked the Government to submit this adjournment request on his behalf as he is out of the office and does not have access to ECF, and the Government does not oppose the request for the adjournment.

*Sentencing is adjourned to June 22, 2020, at 11:00 a.m. Defendant's submission is due by June 8, 2020. Government submission is due by June 15, 2020*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Brian Kaplan, Esq. (by email)

SO ORDERED: N.Y., N.Y. 3/27/20

_____
KIMBA M. WOOD
U.S.D.J.