```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

WILLY SANCHEZ,
JUAN LUIS ALMANZAR HERNANDEZ,

      Defendants.
-----------------------------------------------------------x

**ORDER**
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencings currently scheduled for September 2, 2020 and September 3, 2020, are adjourned to October 14, 2020, at 12:00 p.m. and October 15, 2020, at 11:00 a.m., respectively.

SO ORDERED.

Dated: New York, New York
       August 13, 2020

                               /s/ Kimba M. Wood
                              KIMBA M. WOOD
                    UNITED STATES DISTRICT JUDGE