```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

WILLY SANCHEZ,

                        Defendant.
-------------------------------------------------------------x

ORDER
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

    At the defendant's request for an in-person proceeding, rather than a remote proceeding, the Court adjourns sentencing to December 15, 2020, at 11:00 a.m. Defendant's submissions are due by December 1, 2020. Government submissions are due by December 8, 2020.

    SO ORDERED.

Dated: New York, New York
       October 5, 2020

                                                   /s/ Kimba M. Wood
                                                    KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE