UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

| | USDC SDNY |
| --- | --- |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #:_____ |
| | DATE FILED: 2/3/21 |

-against

WILLY SANCHEZ,

                                                     Defendant.
--------------------------------------------------------------------x

**ORDER**
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

The defendant has communicated to the Court, through defense counsel, that he wishes to

have an in-person sentencing.  For that reason, and with the defendant's consent, sentencing is

adjourned to April 27, 2021, at 11:00 a.m.  Defendant's submission is due to the Court by April

13, 2021.  The Government's submission is due by April 20, 2021.

SO ORDERED.

Dated: New York, New York
       February 3, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE