UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

WILLY SANCHEZ,

                          Defendant.
------------------------------------------------------------------x

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21**

**ORDER**
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, the sentencing scheduled for April 27, 2021, is adjourned to June 16, 2021, at 10:00 a.m.; sentencing will be in-person.

Defendant's sentencing submission is due to the Court by June 2, 2021. The Government's sentencing submission is due by June 9, 2021.

SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                                         /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE