```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 15, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

          v.

WILLY SANCHEZ,

                   Defendant.
---------------------------------------------------------------X

19-CR-360-1 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Willy Sanchez has filed a second *pro se* motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 130.) The Government is ordered to respond to Defendant's motion by August 12, 2025. Defendant's reply, if any, is due by September 9, 2025, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Sanchez.

    SO ORDERED.

Dated: New York, New York
       July 15, 2025

                                            */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                      United States District Judge