USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: August 13, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

WILLY SANCHEZ,

Defendant.
--------------------------------------------------------------X

19-CR-360-1 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Willy Sanchez has filed *pro se* motions for: (1) modification of his sentence under 18 U.S.C. § 3582(c)(2); and (2) reconsideration of this Court's opinion and order denying his motion for compassionate release. (ECF Nos. 135, 136.) The Government is ordered to respond to Defendant's motions by August 28, 2026. Defendant's reply, if any, is due by September 11, 2026, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Sanchez.

SO ORDERED.

Dated: New York, New York
August 13, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge